60 So.2d 378

## Oscar BERLAND v. CITY OF BIRMINGHAM.

### 6 Div. 454.

Supreme Court of Alabama.

Aug. 27, 1952.

J. Reese Johnston, Jr., Birmingham, for petitioner.

Morel Montgomery, Birming ham, opposed.

FOSTER, Justice.

Petition of the City of Birmingham for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Berland v. City of Birmingham, Ala.App., 60 So.2d 377.

Writ denied.

LAWSON, SIMPSON and STAKELY, JJ., concur.